IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 16-08924 (MCF) |
|---|---|
| MADELINE RIVERA BRUNO | |
| DEBTOR(S) | CHAPTER 13 |

NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN
REGARDING BANCO POPULAR DE PUERTO RICO'S CLAIM #4 – DOCKET NO. 14

TO THE HONORABLE COURT:

Comes now secured creditor, Banco Popular de Puerto Rico, through the undersigned counsel and respectfully alleges and prays as follows:

1. On December 15, 2016, creditor filed an *Objection to Confirmation of Plan* since debtor's plan did not contemplate the payment in full of pre petition arrearage to creditor's claim – docket no. 14.

2. Creditor hereby withdraws its objection to confirmation because debtor has filed an *Amended Payment Plan* that contemplates the proper payment of creditor's claim – docket no. 17.

Wherefore, creditor prays this Honorable Court take notice of the above mentioned.

RESPECTFULLY SUBMITTED,

In Guaynabo, Puerto Rico, this 11th day of January 2017.

CERTIFICATE OF SERVICE

I hereby certify that on the same date above I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee Jose R. Carrion Morales (newecfmail@ch13-pr.com), and debtor's attorney Roberto A Figueroa Colon (fslawpr@gmail.com). I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: Debtor, Madeline Rivera Bruno, at HC 01 Box 25442, Caguas, PR 00725.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 13786

SAN JUAN, PR 00908
TEL. 787-751-5290
FAX. 787-751-6155
e-mail: bkfilings@fortuno-law.com